IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL RUFFIN,

        Petitioner,

v.                                                           4:11cv404-WS/WCS

KENNETH S. TUCKER,

        Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 15, 2012. See Doc. 8. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed. The petitioner has filed no objections to the report and recommendation.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 8) is hereby ADOPTED and incorporated by reference into this order.

    2. The petitioner's petition for writ of habeas corpus is DISMISSED as authorization for filing a second or successive petition has not been granted by the court of appeals.

    3. The clerk shall enter judgment stating: "All claims are DISMISSED."

4.  A certificate of appealability and leave to appeal *in forma pauperis* are denied.

DONE AND ORDERED this     19th     day of     March    , 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE